**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| STANLEY'S ASPHALT PAVING, INC., | : | CASE NO. 03-13610 (MFW) |
| Debtor. | : | |

**NOTICE OF APPEAL**

Alfred T. Giuliano, the Chapter 7 trustee (the "Trustee") in the case of Stanley's Asphalt Paving, Inc. appeals under 28 U.S.C. § 158(a)(1) from the order of the Honorable Mary F. Walrath overruling in part the Trustee's Second Omnibus Objection to Claims and allowing the Barkers' secured claim for sale of truck entered in this case on October 13, 2006 (the "Order") [Docket No. 86].

The names of the all parties to the Order are as follows:

Alfred T. Giuliano, Trustee and Appellant

Represented by:
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street - Suite 1300
Wilmington, DE 19801-2323
- and –
Michael G. Menkowitz, Esquire
Magdalena Schardt, Esquire
Fox Rothschild LLP
2000 Market Street – 10th Floor
Philadelphia, PA 19103-3291

Charles and Frances Barker, Appellee

Represented by:
William W. Pepper, Sr., Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street - P.O. Box 497
Dover, DE 19903-1040

**FOX ROTHSCHILD LLP**

By: /s/ Sheldon K. Rennie
Sheldon K. Rennie, Esquire
Delaware Bar I.D. No. 3772
Fox Rothschild LLP
919 North Market Street - Suite 1300
Wilmington, DE 19801-2323
Telephone (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com
- and-
Michael G. Menkowitz, Esquire
Magdalena Schardt, Esquire
2000 Market Street – 10th floor
Philadelphia, PA 19103-3291
Telephone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
mschardt@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee

Dated: October 23, 2006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STANLEY'S ASPHALT PAVING, INC., | ) | Case No. 03-13610 (MFW) |
| | ) | |
| Debtor. | ) | |

**ORDER**

**AND NOW** this **13th** day of **OCTOBER, 2006**, upon consideration of the Trustee's Second Omnibus Objection to Claims and the Barkers' response thereto, it is hereby

**ORDERED** that the Objection is hereby **OVERRULED IN PART**, and it is further

**ORDERED** that the Barkers are **ALLOWED** a secured claim in the amount of $20,000 (plus interest earned thereon, if any) and an unsecured claim in the amount of $68,515.22.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: William W. Pepper, Esquire[1]

[1] Counsel shall serve a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

William W. Pepper, Esquire
Schmittinger and Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903
Counsel for the Barkers

Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
Counsel for the Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Case Number: ____________________ ◯ BK ◯ AP
If AP, related BK Case Number: ____________________

Title of Order Appealed:
______________________________________________________________

Docket Number: _________ Date Entered: ________________

Item Transmitted: ◯ Notice of Appeal ◯ Motion for Leave to Appeal
◯ Amended Notice of Appeal ◯ Cross Appeal
Docket Number: _________ Date Filed: ____________________

*Appellant/Cross Appellant:
______________________________

*Appellee/Cross Appellee
______________________________

Counsel for Appellant:
______________________________
______________________________
______________________________
______________________________
______________________________

Counsel for Appellee:
______________________________
______________________________
______________________________
______________________________
______________________________

**If additional room is needed, please attach a separate sheet.*

Filing Fee paid? ◯ Yes ◯ No

IFP Motion Filed by Appellant? ◯ Yes ◯ No

Have Additional Appeals to the Same Order been Filed? ◯ Yes ◯ No
If so, has District Court assigned a Civil Action Number? ◯ Yes ◯ No Civil Action # ___________

Additional Notes:
______________________________________________________________

______________________________
Date

By: ______________________________
Deputy Clerk

---

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: ________________
7/6/06