IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| STANLEY'S ASPHALT PAVING, INC., | : | CASE NO. 03-13610 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN
RECORD ON APPEAL FILED BY APPELLANT, ALFRED T. GIULIANO
PURSUANT TO FED. R. BANKR. P. 8006**

Alfred T. Giuliano, the Chapter 7 trustee (the "Trustee") in the case of Stanley's Asphalt Paving, Inc. and appellant in the appeal of the order of the Honorable Mary F. Walrath overruling in part the Trustee's Second Omnibus Objection to Claims and allowing the Barkers' secured claim for sale of truck entered in this case on October 13, 2006 [Docket No. 86] respectfully submits this Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal pursuant to Fed. R. Bankr. P. 8006:

**STATEMENT OF ISSUES ON APPEAL**

1.      Whether the Bankruptcy Court erred in its determination that the Barkers should be allowed a secured claim against the estate?

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

1.      Trustee's Second Objection to Claim(s) (Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. LR 3007-1 [Docket No. 72].

2.      Response to Trustee's Second Omnibus Objection (Substantive) to Claims [Docket No. 73].

3.      Memorandum of Law in Support of Chapter 7 Trustee's Second Omnibus Objection (Substantive) with respect to the Barker Claim filed by the Trustee [Docket No. 80].

4.      Certification of counsel regarding the objection to the Barker Claim filed by the Trustee [Docket No. 81].

5.      Memorandum of Law in opposition to Trustee's Second Omnibus Objection (Substantive) to the Claim of Charles and Frances Barker filed by the Barkers [Docket No. 83].

6.      Memorandum Opinion Overruling in Part Trustee's Second Omnibus Objection to Claims and Allowing Barkers' secured claim for sale of truck [Docket No. 85].

7.      Order Overruling in Part Trustee's Second Omnibus Objection to Claims and Allowing Barkers' secured claim for sale of truck [Docket No. 86].

**FOX ROTHSCHILD LLP**

By:  /s/ Sheldon K. Rennie
Sheldon K. Rennie, Esquire
Delaware Bar I.D. No. 3772
Fox Rothschild LLP
919 North Market Street - Suite 1300
Wilmington, DE  19801-2323
Telephone (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com
       - and-
Michael G. Menkowitz, Esquire
Magdalena Schardt, Esquire
2000 Market Street – 10th floor
Philadelphia, PA  19103-3291
Telephone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
mschardt@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee

Dated: November 2, 2006

PH1 901564v1 11/02/06