IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    *        Case No. 03-13610 (MFW)
STANLEY'S ASPHALT PAVING, INC.            *
                                          *        CHAPTER 7
            Debtors.                      *

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FILED BY APPELLEES CHARLES BARKER AND FRANCIS BARKER PURSUANT TO FED. R. BANKR. P. 8006

Charles Barker and Frances Barker, secured creditors in the case of Stanley's Asphault Paving, Inc., and Appellee in the appeal of the Order of The Honorable Mary F. Walrath overruling, in part, the Trustee's Second Omnibus Objection to claims and allowing the Barkers' secured claim for the sale of truck entered in this case on October 13, 2006 [Docket No. 86] respectfully submit this designation of items to be included in the record on appeal pursuant to Fed. R. Bankr. P. 8006:

### DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In addition to those items identified by the Appellant, Appellees designate the following item:

1.    Order granting Trustee's Motion Authorizing the Sale of Debtor's Assets [Docket No. 58].

SCHMITTINGER and RODRIGUEZ, P. A.

By: /s/ William W. Pepper Sr.
    William W. Pepper Sr., Esquire
    Delaware Bar I.D. No.: 2400
    414 South State Street
    P. O. Box 497
    Dover, Delaware  19903
    (302) 674-0140
    Attorney for Charles Barker
       and Frances Barker

DATED:  November 8, 2006