IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Stanley's Asphalt Paving, Inc.

---

| | |
|---|---|
| Alfred T. Giuliano, Chapter 7 Trustee ) | |
| ) | |
| Appellant ) | Civil Action No.   07-20 |
| v. ) | |
| ) | |
| Charles and Frances Barker ) | |
| ) | |
| Appellee ) | Bankruptcy Case No. 03-13610 |
| | Bankruptcy Appeal No. 06-66 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/13/06 was docketed in the District Court on 1/10/07:

> ORDERED that the Objection is hereby OVERRULED IN PART, and it is further ORDERED that the Barkers are ALLOWED a secured claim in the amount of $20,000 (plus interest earned thereon, if any) and an unsecured claim in the amount of $68,515.22

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   January 11, 2007

To:   U.S. Bankruptcy Court
      Counsel