## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| STANLEY'S ASPHALT PAVING, INC., | : DISTRICT COURT NO. 07-00020 (JJF) |
| | : |
| Debtor. | : |
| | : BANKRUPTCY COURT NO. 03-13610 (MFW) |
| | : |

### NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

PLEASE TAKE NOTICE, appellant Alfred T. Giuliano (the "Appellant"), the Chapter 7 Trustee

for the estate of Stanley's Asphalt Paving, Inc., and appellees Charles and Frances Barker (the

"Appellees") hereby stipulate to the voluntary dismissal of the above captioned appeal from the October

13, 2006 Bankruptcy Court Order allowing the Barkers a secured claim in the amount of $20,000 and an

unsecured claim in the amount of $68,515.22. Each party is to bear its own costs and expenses.

**FOX ROTHSCHILD LLP**

Sheldon K. Rennie, Esquire (No. 3772)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
Phone (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Magdalena Schardt, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com

Attorneys for Alfred T. Giuliano,
Chapter 7 Trustee for the estate of
Stanley's Asphalt Paving, Inc.

Dated: 4/25/07

**SCHMITTINGER & RODRIGUEZ, P.A.**

William W. Pepper Sr., Esquire (No. 2400)
414 South State Street
P.O. Box 497
Dover, DE 19903-1040
Phone (302) 674-0140/Fax (302) 674-1830

Attorneys for Charles and Frances Barker
Dated: 4/24/2007

WM1A 96624v1 03/27/07